```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 12475
   SYDNI ANDERSON
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

        Debtor
   SSN XXX-XX-3061

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 03/30/2004 and was confirmed 05/20/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  10.30% from remaining funds.

     The case was paid in full 08/20/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                            PAID        PAID
--------------------------------------------------------------------------
ROBERT J ADAMS & ASSOC    PRIORITY        NOT FILED         .00          .00
AT & T BANKRUPCTY         UNSECURED       NOT FILED         .00          .00
AT & T BANKRUPCTY         UNSECURED       NOT FILED         .00          .00
FINGERHUT CREDIT ADVANTA  UNSECURED OTH     667.36          .00        68.77
CAPITAL ONE               UNSECURED       NOT FILED         .00          .00
CARSON PIRIE SCOTT        UNSECURED       NOT FILED         .00          .00
CBCS                      UNSECURED       NOT FILED         .00          .00
B-FIRST LLC               UNSECURED OTH    3330.33          .00       343.06
CERTEGY CHECK SERVICES I  UNSECURED       NOT FILED         .00          .00
CERTEGY CHECK SERVICES I  UNSECURED       NOT FILED         .00          .00
SAFEWAY                   UNSECURED       NOT FILED         .00          .00
CROSS COUNTRY BANK        UNSECURED       NOT FILED         .00          .00
ENCORE RECEIVABLES        UNSECURED       NOT FILED         .00          .00
FAIRLANE CREDIT LLC       UNSECURED        21445.43         .00      2209.74
FERLEGER & ASSOC          UNSECURED       NOT FILED         .00          .00
H&F LAW                   UNSECURED       NOT FILED         .00          .00
IC SYSTEMS                UNSECURED       NOT FILED         .00          .00
JBC & ASSOCIATES          UNSECURED       NOT FILED         .00          .00
MCS                       UNSECURED       NOT FILED         .00          .00
PORTFOLIO RECOVERY ASSOC  UNSECURED        1095.50          .00       112.88
MONEY CONTROL             UNSECURED       NOT FILED         .00          .00
NCO FINANCIAL SYSTEMS     UNSECURED       NOT FILED         .00          .00
PARK DANSAN               UNSECURED       NOT FILED         .00          .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         500.96          .00        51.62
PORTFOLIO RECOVERY ASSOC  UNSECURED       NOT FILED         .00          .00
PCS                       UNSECURED       NOT FILED         .00          .00
TELECOM USA               UNSECURED       NOT FILED         .00          .00
SHERMAN ACQUISTION        UNSECURED       NOT FILED         .00          .00
SHERMAN ACQUISTION        UNSECURED       NOT FILED         .00          .00
AVENUE                    UNSECURED       NOT FILED         .00          .00
RISK MANAGEMENT ALTERNAT  UNSECURED            .00          .00          .00
NCO FINANCIAL SYSTEMS IN  UNSECURED        1023.18          .00       105.43

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 12475 SYDNI ANDERSON
```

```
ECAST SETTLEMENT CORP    UNSECURED OTH        .00             .00             .00
ROBERT J ADAMS & ASSOC   REIMBURSEMENT     210.00             .00          210.00
ROBERT J ADAMS & ASSOC   DEBTOR ATTY     2,200.00                        2,200.00
TOM VAUGHN               TRUSTEE                                           278.50
DEBTOR REFUND            REFUND                                            180.00

        Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                 5,760.00

PRIORITY                                        210.00
SECURED                                            .00
UNSECURED                                     2,891.50
ADMINISTRATIVE                                2,200.00
TRUSTEE COMPENSATION                            278.50
DEBTOR REFUND                                   180.00
                        ---------------      ---------------
TOTALS                  5,760.00              5,760.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
     Dated: 11/29/07              _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE





                              PAGE   2
            CASE NO. 04 B 12475 SYDNI ANDERSON